# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>RONALD ORELLANA<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-cr-00153-MRA<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>September 15</u>, <u>2025</u>, at <u>1:00</u> ☐a.m. / ☒p.m. before the Honorable <u>John D. Early</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
<br>*(Other custodial officer)*

Dated: <u>September 12, 2025</u>

U.S. District Judge/Magistrate Judge
John D. Early